FREDERICK L. ROSSMANN, Appellant, v. LUCILLE ROSSMANN, Respondent.—
Order modified by providing that payments for alimony commence as of the date
of plaintiff's [defendant's] notice of motion herein, and by reducing the amount
directed to be paid as counsel fee to the sum of $500, and as so modified affirmed,
without costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy
and Martin, JJ.

STATE REALTY COMPANY, Respondent, v. AARON BENDERSKY, Appellant.—
Order affirmed, with ten dollars costs and disbursements. No opinion. Present
— Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

FLORENCE REDDINGTON, Appellant, v. ISAAC M. ULLMAN, Respondent.—
Order affirmed, with ten dollars costs and disbursements. No opinion. Present
— Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

WICHERT, INC. (Formerly Known as WICHERT & GARDINER), Plaintiff, v. JOHN
M. GALLAGHER and Another, Comprising the Firm, etc., Respondents, and LEHIGH
VALLEY RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs
and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell,
McAvoy and Martin, JJ.

JEANNETTE DRESS COMPANY, INC., Appellant, v. SALVATORE NINFO, Individually
and as President of the International Ladies' Garment Workers Union, and Others,
Respondents.— Order affirmed, with ten dollars costs and disbursements. No
opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.;
Smith, J., dissenting.

EDWIN D. DEWITT, Respondent, v. NEW YORK HERALD COMPANY, Appellant.
— Order affirmed, with ten dollars costs and disbursements. The bill of particulars
to be served within ten days from service of order. No opinion. Present —
Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

JOSE M. ESHRIQUI, Appellant, v. FRANCIS R. HENDERSON and Others, Respond-
ents.— Order affirmed, with ten dollars costs and disbursements. No opinion.
Settle order on notice. Present — Clarke, P. J., Smith, Merrell, McAvoy and
Martin, JJ.

JULIA GARRITY, Appellant, v. COSTANZO PERRELLA, Respondent, Impleaded
with Another.— Order affirmed, with ten dollars costs and disbursements. No
opinion. Present — Clarke, P. J., Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of ANTHONY SIRACUSA, Appellant, to Compel
the 421-425 WEST 54TH STREET CORPORATION, Respondent, to Arbitrate.—
Orders affirmed, with ten dollars costs and disbursements. No opinion. Present
— Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

KINSLEY STEAMSHIP LINES, INC, Appellant, v. WILLIAM C. ATWATER & CO.,
INC., Respondent.— Order affirmed, with ten dollars costs and disbursements.
No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

EDNA FRAZIER, Respondent, v. HENRY BERLOWE, Appellant.— Order affirmed,
with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J.,
Smith, Merrell, McAvoy and Martin, JJ.